UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE | : | CASE NO. 19-50215 AEC |
| | : | |
| | : | CHAPER 7 |
| RONALD GENE BURNET | | |
| DEBRA KAE BURNET | : | |
| | : | |
| Debtor(s) | : | |

ABANDONMENT OF PROPERTY

After notice and a hearing, Walter W. Kelley, Trustee representing the estate of the above-named debtor, having determined that the following property is burdensome to the estate or that it is of inconsequential value to the estate:

DESCRIPTION OF PROPERTY

2013 FORD EXPLORER
VIN#1FM5K7D84DGB96977

Now, therefore, pursuant to the powers vested in him by Bankruptcy Code Section 554(a), Walter W. Kelley, Trustee, does hereby abandon the above described property.

Dated: __3-4-19__.

_____
Walter W. Kelley, Trustee

PO Box 70879
Albany, GA 31708

Prepared and submitted by:   /S/ KIRBY R. MOORE
Kirby R. Moore
Kirbymoore@bellsouth.net
Attorney for Creditor

On behalf of: Robins Financial Credit Union fka Robins Federal Credit Union
Creditor