**SO ORDERED.**

**SIGNED this 8 day of March, 2019.**



**Austin E. Carter**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In Re | : | CASE NO. 19-50215 AEC |
| | : | |
| RONALD GENE BURNET | | CHAPTER 7 |
| DEBRA KAE BURNET | : | |
| Debtors | : | |
| | : | |
| ROBINS FINANCIAL CREDIT UNION | | |
| Fka ROBINS FEDERAL CREDIT UNION | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| RONALD GENE BURNET | | |
| DEBRA KAE BURNET | | |
| Respondent | : | **CONSENT ORDER** |

    A Motion to Relieve Stay having been filed, all parties having been served with the copy of said motion, and all parties having agreed and consented to as follows, it is hereby,

CONTINUATION OF CONSENT ORDER ON MOTION TO RELIEVE STAY
DEBTOR:      RONALD GENE & DEBRA KAE BURNET

CASE NUMBER:    19-50215 AEC
MOVANT:         ROBINS FINANCIAL CREDIT UNION
                fka ROBINS FEDERAL CREDIT UNION

**ORDERED AND ADJUDGED** that the automatic stay is hereby modified to allow the Movant to proceed with its remedies which are allowed by Georgia Law and the contract entered into between the parties as it relates to the collateral in which the Movant has an interest, to-wit: a **2013 FORD EXPLORER VIN#1FM5K7D84DGB96977** which may include selling, disposing, or foreclosing on same as per Georgia Law, sending any and all notices required by Georgia Law to pursue a deficiency balance, if the Movant deems so appropriate, and filing a deficiency proof of claim.  Further,

Copies of this Order are directed to be sent to the Movant, the Movant's attorney, the Debtor, the Debtor's attorney and the Trustee.

END OF DOCUMENT

**ORDER PREPARED AND CONSENTED TO BY:**

/s/ Kirby R. Moore
Kirby R. Moore
State Bar Number 520050
Attorney for Movant
961 Walnut Street
Macon, Georgia 31201
(478) 743-7026

**CONSENTED TO BY:**

DANNY L. AKIN
Attorney for Debtor

# DISTRIBUTION LIST FOR CONSENT ORDER ON MOTION TO RELIEVE STAY

**DEBTOR:** RONALD GENE & DEBRA KAE BURNET

**CASE NUMBER:** 19-50215 AEC

**MOVANT:** ROBINS FINANCIAL CREDIT UNION
fka ROBINS FEDERAL CREDIT UNION

Danny L Akin
Attorney at Law
PO Box 1773
Macon, Georgia 31202

Ronald & Debra Burnet
PO Box 715
Forsyth, Georgia 31029

Walter W Kelley
Chapter 7 Trustee
P.O. Box 70879
Albany, Georgia 31708