### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 19-50215 | | | Trustee Name: | Walter W. Kelley |
|---|---|---|---|---|---|
| Case Name: | BURNET, RONALD GENE AND BURNET, DEBRA KAE | | | Date Filed (f) or Converted (c): | 02/06/2019 (f) |
| For the Period Ending: | 03/31/2019 | | | §341(a) Meeting Date: | 03/04/2019 |
| | | | | Claims Bar Date: | 06/27/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2491 Boxankle Rd Forsyth GA 31029-4429 | $331,000.00 | $85,481.82 | | $0.00 | $331,000.00 |
| 2 | 2013 Ford Explorer 2WD FFV Mileage: 100000 | $14,950.00 | $4,386.21 | OA | $0.00 | FA |
| 3 | Make: Ford Model: F250 Year: 2003 Mileage: 17500 | $500.00 | $0.00 | | $0.00 | FA |
| 4 | Year: 2006 Other Information: Doolittle Cargo Trailer | $2,000.00 | $0.00 | | $0.00 | FA |
| 5 | Make: Ford Model: F150 Pickup 4WD Year: 2003 Mileage: 200000 | $1,000.00 | $0.00 | | $0.00 | FA |
| 6 | Make: Lexus Model: RX 300 Year: 2003 | $2,000.00 | $0.00 | | $0.00 | FA |
| 7 | 2 computers | $100.00 | $100.00 | | $0.00 | FA |
| 8 | cell phines | $200.00 | $200.00 | | $0.00 | FA |
| 9 | clothes | $400.00 | $0.00 | | $0.00 | FA |
| 10 | Wedding Ring, and costume jewelry | $1,500.00 | $0.00 | | $0.00 | FA |
| 11 | Checking Account Ally | $35.00 | $0.00 | | $0.00 | FA |
| 12 | Checking Account Robins Financial Credit Union | $160.00 | $0.00 | | $0.00 | FA |
| 13 | Checking Account Comerica | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Checking Account Comerica | $0.00 | $0.00 | | $0.00 | FA |
| 15 | Checking Account Morris State Bank | $840.00 | $0.00 | | $0.00 | FA |
| 16 | 401(k) or Similar Plan Trade PMR | $22,416.79 | $0.00 | | $0.00 | FA |
| 17 | 401(k) or Similar Plan Wells Fargo | $8,293.99 | $0.00 | | $0.00 | FA |
| 18 | Company name: Beneficiary: Surrender or refund value: Contract rights in Term policies through employer Debtors unknown | Unknown | $0.00 | | $0.00 | FA |
| 19 | Dogs $20 | $20.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Asset**

| | $385,415.78 | $90,168.03 | | $0.00 | $331,000.00 |
|---|---|---|---|---|---|

**FORM 2**
Page No: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | |
|---|---|---|
| **Case No.:** | 19-50215 | |
| **Case Name:** | BURNET, RONALD GENE AND BURNET, DEBRA KAE | |
| **For the Period Ending:** | 03/31/2019 | |

| | |
|---|---|
| **Trustee Name:** | Walter W. Kelley |
| **Date Filed (f) or Converted (c):** | 02/06/2019 (f) |
| **§341(a) Meeting Date:** | 03/04/2019 |
| **Claims Bar Date:** | 06/27/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

03/13/2019     Real Estate Equity at 2491 Boxankle Road, Forsyth, Ga.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** 03/03/2021 | **Current Projected Date Of Final Report (TFR):** 03/03/2021 | /s/ WALTER W. KELLEY | |
| | | WALTER W. KELLEY | |